*D. Nation*, for the state.

---

## RODERICK *v.* DEAM.

*Friday,
December* 10.

ERROR to the *Wells* Circuit Court.

*Per Curiam.*—Suit before a justice of the peace. Appeal to the Circuit Court. In that Court the appeal was dismissed on motion. No exception was taken, and the cause of dismissal not appearing, there is no question before this Court. It is presumed the action of the Court below was right.

The judgment is affirmed with costs.

*J. P. Greer*, for the appellant.